```
_____ FILED      _____ ENTERED
_____ LOGGED     _____ RECEIVED
```

JAN 2 1 2010

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

January 15, 2010

Anna E. Dale
1644 Woods Lane
Denver, NC 28037-7811

Clerk of the Court
U.S. District Court, Maryland
101 W. Lombard Street
Baltimore, MD 21201

Regarding:   CASE CCB09-cv-03124

Dear Clerk of the Court:

I filed my civil complaint late November but have not received the summons and the complaints back to serve the defendants. I am aware there was/are some issues with regard to service and we are trying to works those out. I just want to make sure that my complaint did not get lost in the process and is still in process.

I am also providing the court with a motion and summons to add Steve Dubin as a defendant. I have included those with this communication.

Respectfully,

*Anna E. Dale*

Anna E. Dale.