UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

SUMMONS IN A CIVIL CASE

Anna E. Dale Plaintiff

    V.

CASE CCB09-cv-03124

TO: Steve Dubin
    Address Unknown
    Defendant

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY
Anna E. Dale
1644 Woods Lane,
Denver, NC 28037

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon_____
CLERK

DATE: _____

_____
(By) DEPUTY CLERK