In The United States District Court For The District of Maryland

---

Anna E. Dale

        Plaintiffs,

                              Civil Action No. CCB09-cv-03124

Biosciences Corp., et al.,

        Martek Defendants

---

Motion to add Steve Dubin, Martek's CEO as a additional defendant in this complaint.

Mr. Dubin became president of Martek on September 22, 2003, the day before the undisclosed Nutrinova patent infringement case was filed in the U.S., he was employed at Martek prior to that appointment in other capacities. He served as President during the purchase of Ferm Pro and was there during the massive over building of the capacity and the back door failed attempt with the FDA that was totally misrepresented to investors. Mr. Dubin moved into the CEO position when Mr. Linsert retired.

Dated January 15, 2010

Respectfully Submitted,

*[signature: Anna E. Dale]*

Anna E. Dale
1644 Woods Lane
Denver, NC   28037-7811