IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANNA E. DALE | * | |
| Plaintiff, | | |
| v. | * | CIVIL ACTION NO. CCB-09-3124 |
| | * | |
| MARTEK BIOSCIENCES CORP., et al., | | |
| Defendants. | * | |
| | *** | |

**O R D E R**

On November 24, 2009, plaintiff filed the instant complaint, accompanied by the filing fee. She therefore bears the responsibility for effecting service of process on defendants. Plaintiff may effectuate service by presenting summons to the clerk for signature and seal and then serving a copy of the summons and complaint on defendants. Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and complaint may be effected by any person who is not a party and who is at least 18 years of age.

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and complaint must promptly notify the court,[1] through an affidavit, that he or she has served defendants. If there is no record that service was effected on defendants, plaintiff risks dismissal of the case. Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effected service of process within 120 days of filing the complaint, the court may enter an order asking the party to show cause why the claims should not be dismissed.[2] If

---

[1] If plaintiff does not use a private process server, and instead uses certified mail, return receipt requested, to make service, plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service.

[2] Because there appears to have been a delay in providing the summons and complaint to the pro se

the party fails to show cause within fourteen (14) days of the entry of the order or such other time as may be set by the court, the complaint shall be dismissed without prejudice.[3]

The undersigned observes that plaintiff has listed a North Carolina address in her complaint. If plaintiff resides outside this district, she must file with the court a service address, within the district, where notices can be served. *See* Local Rule 102.1.b.iii. (D. Md. 2009).

Accordingly, it is this 17th day of March, 2010, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk TAKE ALL NECESSARY STEPS to prepare and issue summons and to return summons and service copies of the complaint to plaintiff;

2. Plaintiff SUPPLEMENT her Complaint by providing a local service address to the court; and

3. The Clerk SEND a copy of this order to plaintiff.

        /s/
Catherine C. Blake
United States District Judge

---

plaintiff, the 120 days will be extended to **180 days** from the filing of the complaint.

[3] Service of process on corporations and associations may be made pursuant to Fed. R. Civ. P. 4(h).